# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CHAD CARSON, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 04-2507-CM |
| **BANK OF BLUE VALLEY, INC.** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER APPROVING SETTLEMENTS

The above-entitled matter came up for hearing on the parties' Joint Motion for Approval of Settlement. It is hereby ORDERED that

1. The parties' joint motion for approval of the settlements is GRANTED. The settlement agreements filed under seal with the court are approved, including the award of attorneys' fees. Defendant is hereby ORDERED to pay the Current Opt-In Plaintiffs, identified in the settlement agreements filed under seal with the court, and attorneys' fees within twenty (20) days of the date of this Order.

2. The settlement agreement for the Eligible Opt-In Plaintiffs is preliminarily approved and this case is certified as a collective action for settlement purposes.

3. Counsel for Plaintiffs is hereby ORDERED to issue Notice of the settlement to Eligible Opt-In Plaintiffs. The proposed Notice attached as Exhibit A is approved. Eligible Opt-In Plaintiffs are hereby given forty-five (45) days from the date of such notice to return to Plaintiffs' counsel an executed Confidential Settlement Agreement and Release thereby opting-in to the settlement. **A hearing for final**

**approval of the Settlement Agreement relating to Eligible Opt-In Plaintiffs will be held on April 25, 2006 at 9:30 a.m.**

      4.      Any residual funds, including interest, remaining in the Settlement Fund for Eligible Opt-In Plaintiffs shall revert back to Defendants with the exception of five (5%) percent of such remaining funds which will be distributed to Legal Aid of Western Missouri. Defendants are ordered to make any such *cy pres* payment within thirty (30) days after the close of the Opt-In Period.

      IT IS SO ORDERED this 23rd day of February, 2006.

      s/ Carlos Murguia
**CARLOS MURGUIA**
**United States District Judge**